# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:14-CV-177-RJC-DCK

| | |
|---|---|
| IRIS K. PRITCHARD and <br> JOSEPH P. PRITCHARD, <br><br> Plaintiffs, <br><br> v. <br><br> AUTOMOBILE INSURANCE COMPANY <br> OF HARTFORD CONNECTICUT., <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) **ORDER** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding the status of this case and a letter sent to the Honorable Robert J. Conrad, Jr. on or about March 31, 2016, and docketed in this case on April 14, 2016. (Document No. 37). This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

First, the undersigned observes that this case was closed on May 1, 2015, after the parties filed a "Stipulation Of Dismissal Without Prejudice" (Document No. 36). Next, the undersigned observes that the letter received by the Court appears to be an *ex parte* communication from Plaintiff Joseph P. Pritchard to Judge Conrad, without the assistance of his counsel, Fenton T. Erwin, Jr. of Erwin Bishop Capitano & Moss PA.

It seems likely that Mr. Pritchard intended to submit this letter, and/or a request for relief from certain obligations, in the ongoing litigation of <u>Pritchard v. Automobile Insurance Company of Hartford Connecticut,</u> 3:15-cv-399-DCK.

Mr. Pritchard is respectfully advised that if he seeks relief in the current action, he should file an appropriate motion with the assistance of his counsel and in accordance with the Federal Rules of Civil Procedure and the Local Rules of this Court.  The undersigned notes that important deadlines are imminent in Pritchard v. Automobile Insurance Company of Hartford Connecticut, 3:15-cv-399-DCK.  Barring extraordinary circumstances, it is unlikely Plaintiffs will be excused from the Court's mediation requirement and/or from cooperating fully in the discovery process.

**SO ORDERED**.

The Clerk of Court is directed to send a copy of this Order by certified U.S. Mail, return receipt requested, to Joseph P. Pritchard and Iris K. Pritchard at the address included in the letter (Document No. 37).

Signed: April 14, 2016

David C. Keesler
United States Magistrate Judge